# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00135-CV

**Mohammad Reza Assadi, Appellant**

**v.**

**Amir Batoei; Family AB Austin Feb5, LP; and Lee AB Land, LLC, Appellees**

---

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-18-006408, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have notified this Court that appellant has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, Case No. 1:2020bk10766). *See* Tex. R. App. P. 8.1. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *Id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of the case for want of prosecution. *See id.* R. 42.3(b).

Before Justices Goodwin, Kelly, and Smith

Bankruptcy

Filed:   July 31, 2020